AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Hayden, Katharine S | 2. Court or Organization  US District Court - DNJ | 3. Date of Report  05/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Article III Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005  to  12/31/2005 |
| 7. Chambers or Office Address  United States District Court  USPO & Courthouse Building  Newark, New Jersey 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Seton Hall University School of Law |
| 2. Faculty | National Institute for Trial Advocacy (NITA) |
| 3. Board of Directors | Federal Judges Association |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE FINANCIAL OFFICE

2006 MAY 22 P 3: 24

RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Seton Hall University School of Law, Adjunct Professor - Spring Term | $ 6,000.00 |
| 2. 2005 | National Institute of Trial Advocacy | $ 3,500.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Partner, Law Firm |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Judge Association | FJA Board of Directors Meeting (Transportation, Meals) |
| 2. National Institute of Trial Advocacy | Faculty for Seminar on Summary Judgment Practice in Federal Court |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST #1 | C | Dividend | J | T | | | | | See Note in Part VII |
| 2. - Comcast Corp. Common Stock | | | | | Sell | 9/27 | J | | |
| 3. - El Dupont Common Stock | | | | | Sell | 10/05 | J | C | |
| 4. - Exxon Mobil Corp. Common Stock | | | | | Sell | 10/05 | L | E | |
| 5. - General Electric Common Stock | | | | | Sell | 10/05 | K | E | |
| 6. - Lucent Technologies Common Stock | | | | | Sell | 9/27 | J | | |
| 7. - Alliance Bernstien Large-Cap Growth Mutual Fund | | | | | Sell | 9/27 | J | | |
| 8. - Europacific Growth Fund Class A Mutual Fund | | | | | Sell | 9/27 | J | A | |
| 9. - Franklin Mutual Beacon Fund Class C Mutual Fund | | | | | Buy | 06/22 | J | | |
| 10. | | | | | Buy | 07/11 | J | | |
| 11. | | | | | Sell | 09/27 | K | D | |
| 12. - Smith Barney Fundamental Value Class C Mutual Fund | | | | | Sell | 09/27 | K | | |
| 13. - Smith Barney Fund Cash Port Class A Money Market Account | | | | | Redemption | 10/12 | K | | |
| 14. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 15. - Aegon N V-ADR Amer Reg-ADR Common Stock | A | Dividend | J | T | Partial Sell | 10/26 | J | B | |
| 16. - Alcoa Inc. Common Stock | A | Dividend | J | T | | | | | |
| 17. - Annaly Mortgage Management Common Stock | A | Dividend | | | Sell | 09/27 | J | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Arbor Realty Trust Inc. Common Stock | A | Dividend | J | T | | | | | |
| 19. - BP PLC Spons ADR Common Stock | A | Dividend | | | Sell | 10/06 | J | B | |
| 20. - Cabela's Inc. Class A Common Stock | | None | J | T | | | | | |
| 21. - Comcast Corp CL A Common Stock | | None | | | Sell | 09/28 | J | | |
| 22. - Consolidated Edison Inc. Common Stock | A | Dividend | J | T | | | | | |
| 23. - Duke Energy Corp. Common Stock | A | Dividend | J | T | Buy | 03/04 | J | | |
| 24. - Encana Corp-Cad Common Stock | A | Dividend | K | T | Buy | 10/06 | J | | |
| 25. - Enterprise Prods Partners LP Common Stock | A | Royalty | J | T | | | | | |
| 26. - GlaxoSmithKline PLC SP ADR Common Stock | A | Dividend | J | T | | | | | |
| 27. - JP Morgan Chase & Co. Common Stock | A | Dividend | K | T | | | | | |
| 28. - Kerr McGee Corp. Common Stock | A | Dividend | K | T | Partial Sell | 05/24 | J | C | |
| 29. - Kimberly Clark Corp. Common Stock | A | Dividend | J | T | | | | | |
| 30. - Motorola Inc. DE Common Stock | A | Dividend | J | T | Buy | 06/29 | J | | |
| 31. - Mylan Laboratories Inc. Common Stock | A | Dividend | J | T | | | | | |
| 32. - Newell Rubbermaid Inc. Common Stock | A | Dividend | J | T | Buy | 11/17 | J | | |
| 33. - Nokia Corp. Sponsored ADR Common Stock | A | Dividend | J | T | | | | | |
| 34. - Pentair Inc. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $ | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Pfizer Inc. Common Stock | A | Dividend | J | T | Buy | 06/03 | J | | |
| 36. - Phelps Dodge Corp. Common Stock | A | Dividend | | | Sell | 05/24 | J | B | |
| 37. - Public Service Enterprise GRP Common Stock | A | Dividend | | | Sell | 10/12 | J | C | |
| 38. - Sasol Ltd., Spons. ADR Common Stock | A | Dividend | J | T | | | | | |
| 39. - Symbol Technologies Inc. Common Stock | A | Dividend | J | T | Buy | 03/02 | J | | |
| 40. - Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |
| 41. - Wyeth Common Stock | A | Dividend | J | T | Buy | 02/01 | J | | |
| 42. - Calamos Strategic Total Return ST TH AUCT RT CUM PFD | A | Dividend | K | T | | | | | |
| 43. - Nuveen Diversified Div& Incm FD AU CRT PFD SER T | A | Dividend | K | T | Sell | 02/01 | K | | |
| 44. - Real Estate Inc. Fund Inc. SR M Taxable AUCT RT PFD SHS | A | Dividend | K | T | Sell | 10/24 | K | | |
| 45. - Van Kampen Sr Incm TR SER W Taxable AUCT CUM PFD SHS | B | Dividend | K | T | Partial Sell | 10/26 | K | | |
| 46. - Van Kampen Sr Incm TR SER F AUCT RT CUM PFD SHS | A | Dividend | K | T | | | | | |
| 47. - Nuveen Premium Income Muni FD MUN Action PFD | A | Dividend | K | T | Sell | 02/01 | K | | |
| 48. - ABN AMRO Hldg Nv Spon Adr Common Stock | A | Dividend | J | T | Buy | 01/10 | J | | |
| 49. - Altria Group Inc. Common Stock | A | Dividend | J | T | Buy | 04/29 | J | | |
| 50. | | | | | Buy | 06/06 | J | | |
| 51. - American Financial Realty Tr Common Stock | | None | J | T | Buy | 11/02 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000
T =Cash Market

E =$15,001 - $50,000

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Aqua America Inc. Common Stock | A | Dividend | J | T | Buy | 02/08 | J | | |
| 53. | | | | | Buy | 03/22 | J | | |
| 54. - AT&T Inc. Common Stock (formerly SBC Communications Inc.) | | None | J | T | | | | | See Note in Part VIII |
| 55. - Chesapeake Energy Corp. Common Stock | | None | J | T | Buy | 10/06 | J | | |
| 56. - Citibank NA Bank Deposit Program (successor investment) | A | Dividend | J | T | | | | | See Notes in Part VIII |
| 57. - Goodrich Corp. Common Stock | A | Dividend | J | T | Buy | 02/25 | J | | |
| 58. - Honeywell Intl Inc. Common Stock | A | Dividend | J | T | Buy | 02/02 | J | | |
| 59. - Indiana Hlth Fac Fin Au Hsp Bond | A | Interest | | | Buy | 02/11 | L | | |
| 60. | | | | | Sell | 03/16 | L | | |
| 61. - Kayne Anderson Mlp Invt Co. Ser A Bond | B | Dividend | K | T | Buy | 03/22 | K | | |
| 62. - Kayne Anderson Mlp Invt. Co. Ser B Bond | B | Dividend | K | T | Buy | 03/22 | K | | |
| 63. - Lyondell Chemical Co. Common Stock | A | Dividend | J | T | Buy | 02/08 | J | | |
| 64. | | | | | Buy | 02/15 | J | | |
| 65. - Masco Corp. DE Common Stock | A | Dividend | J | T | Buy | 08/26 | J | | |
| 66. - Microsoft Corp Common Stock | A | Dividend | J | T | Buy | 11/07 | J | | |
| 67. - Mitsubishi UFJ Financial Group Inc. ADR Common Stock | A | Dividend | J | T | Buy | 01/10 | J | | |
| 68. - Montpelier Re Holdings Ltd. Common Stock | A | Dividend | J | T | Buy | 09/07 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Procter & Gamble Co. Common Stock (formerly Gillette Co.) | A | Dividend | K | T | Buy | 04/15 | J | | See Note in Part VIII |
| 70. | | | | | Buy | 07/07 | J | | |
| 71. | | | | | Buy | 08/08 | J | | |
| 72. | | | | | Merger | 10/03 | J | | |
| 73. - San Diego Calif Pff Auth Lse Rv Jack Murphy Bond | A | Interest | K | T | Buy | 02/10 | K | | |
| 74. - Sara Lee Corp. Common Stock | A | Dividend | J | T | Buy | 02/23 | J | | |
| 75. | | | | | Buy | 08/19 | J | | |
| 76. - Sears Holding Corp. (formerly Kmart Holding Corp.) | | None | K | T | Merger | 03/28 | | | See Note in Part VIII |
| 77. - Tyco Intl Ltd New Common Stock | A | Dividend | | | Buy | 02/08 | J | | |
| 78. | | | | | Buy | 02/15 | J | | |
| 79. | | | | | Sell | 05/31 | J | | |
| 80. - Wal-Mart Stores Inc. Common Stock | | None | J | T | Buy | 09/30 | J | | |
| 81. - Whirlpool Corp. Common Stock | | None | | | Buy | 03/22 | J | | |
| 82. | | | | | Sell | 04/29 | J | | |
| 83. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 84. - Fidelity Investment Money Market Account | A | Dividend | J | T | Redemption | 10/01 | | | See Note in Part VIII |
| 85. BROKERAGE ACCOUNT #3 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Smith Barney FMA Account | A | Dividend | M | T | | | | | See Note in Part VIII |
| 87. IRA/401 K ACCOUNTS | | | | | | | | | |
| 88. - IRA Franklin Templeton Mutual Shares Fund Class A | B | Dividend | L | T | | | | | |
| 89. - IRA Smith Barney Money Funds Inc. Class A | A | Dividend | J | T | | | | | |
| 90. - IRA Smith Barney Money Funds Class A | A | Dividend | L | T | | | | | |
| 91. - IRA The Provident Bank | A | Interest | | | Redemption | 04/14 | J | | |
| 92. 401 K Fidelity Investments | A | Dividend | J | T | | | | | |
| 93. - Greater Community Bancorp Common Stock | D | Dividend | | | Sell | 09/20 | K | G | |
| 94. | | | | | Sell | 09/22 | J | | |
| 95. | | | | | Sell | 09/26 | K | | |
| 96. | | | | | Sell | 10/05 | L | | |
| 97. | | | | | Sell | 10/11 | L | | |
| 98. | | | | | Sell | 10/17 | J | | |
| 99. | | | | | Sell | 10/18 | K | | |
| 100. - Guardian Whole Life | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. VII - Line 1 - The type of Trust income (Column B{2}) is Dividend and Interest.

2. VII - Line 54 - AT&T Inc. is the successor to SBC Communications Inc. and represents a name change.

3. Part VII - Line 56 - SB Municipal Money Market Fund was redeemed for SB Money Funds Cash Port CL A in February. On 04/08 SB Money Funds Cash Port CL A was reinvested into Citibank NA Bank Deposit Program. The type of income (Column B{2}) is Dividend and Interest.

4. Part VII - Line 69 - Common stock of Procter & Gamble Co. was purchased on 04/15. Due to a merger, on 10/03 Gillette Co. common stock, purchased on 07/07 amd 08/08, was exchanged for Procter & Gamble Co. common stock.

5. Part VII - Line 76 - Due to a merger, on 03/28 Kmart Holdings Corp. New common stock was exchanged for Sears Holding Corp. common stock.

6. Part VII - Line 86 - Smith Barney FMA account is a money market account into which income is deposited and from which funds are withdrawn.

7. Part VII - Line 86 - Smith Barney FMA account is a money market account into which income is deposited and from which funds are withdrawn.

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____  Date  5/ 12/ 06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544